■ JAMES MAGUIRE, Respondent, v TOWN OF CHEEKTOWAGA, Appellant. [919 NYS2d 750]—Appeal from an amended order of the

Supreme Court, Erie County (Timothy J. Drury, J.), entered August 4, 2010. The amended order, insofar as appealed from, granted the cross motion of plaintiff for leave to serve an amended complaint asserting a cause of action pursuant to 42 USC § 1983 and adding John/Jane Doe as a defendant.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.